No. 758. IN RE NOVARRO. Supreme Court of California. Certiorari denied. *John N. Frolich* and *Linus R. Fike* for petitioner. *Roger Arnebergh, Philip E. Grey, Wm. E. Doran* and *Charles W. Sullivan* for the State of California.

No. 759. MAESTAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Walter L. Gerash* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 763. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* WESTINGHOUSE ELECTRIC CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Walter E. Alessandroni,* Attorney General of Pennsylvania, *Miles Warner* and *William A. Goichman* for petitioner. *W. Bradley Ward, Edward W. Mullinix, Henry W. Sawyer III, Charles A. Wolfe, Joseph W. Swain, Jr., W. Wilson White* and *Philip H. Strubing* for respondents.

No. 769. DAKOTA ELECTRIC SUPPLY Co. *v.* ST. PAUL FIRE & MARINE INSURANCE Co. C. A. 8th Cir. Certiorari denied. *Philip B. Vogel* for petitioner. *Benedict Deinard* for respondent.

No. 780. CHERETON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *O. B. Cline, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 830. HUMBLE OIL & REFINING Co. *v.* CUTRER ET AL. C. A. 5th Cir. Certiorari denied. *Charles Janvier* and *H. H. Hillyer, Jr.* for petitioner.